# Eric Le'Welton BENNETT,
Plaintiff—Appellant,

v.

# NEW HANOVER COUNTY, DETENTION FACILITY; New Hanover County, Detention Facility Employees; Prison Health Services, Defendants—Appellees,

and

**Donna Bramen, Lieutenant Whitmore; Lieutenant Dowdy, Defendants.**

No. 07–7285.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 24, 2008.

Decided: April 28, 2008.

Eric Le'Welton Bennett, Appellant Pro Se. Sarah L. Buthe, Womble, Carlyle, Sandridge & Rice, PLLC, Raleigh, North Carolina; Kathryn Stewart Lehman, James Carlton Thornton, Parker, Poe, Adams & Bernstein, LLP, Raleigh, North Carolina, for Appellees.

Before KING and SHEDD, Circuit Judges, and WILKINS, Senior Circuit Judge.

PER CURIAM:

Eric Le'Welton Bennett appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bennett v. New Hanover Co., Detention Facility,* No. 5:06–ct–03059–D (E.D.N.C. filed July 13, 2006, entered July 14, 2006; Dec. 11, 2006; July 24, 2007; & July 31, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*